Mark A. Broughton, #079822
**MARK A. BROUGHTON, PC**
2300 Tulare Street, Suite 215
Fresno, California 93721
Tel: (559) 691-6222
Fax: (559) 691-6221

Attorney for Defendant, ANTONIO CASTELLANOS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>    Plaintiff, <br> vs. <br><br> ANTONIO CASTELLANOS, ET. AL, <br>    Defendant. | Case No.: 1:16-CR-00009 DAD BAM <br><br> **JOINT STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER** |

  IT IS HEREBY STIPULATED by and between Mark A. Broughton, the attorney for Defendant Antonio Castellanos, and Assistant United States Attorney, Karen Escobar that the Sentencing Hearing set for October 18, 2021, at 10:00 a.m., be continued to January 18, 2022.

  The Stipulation is based on good cause. This continuance is requested by counsel for Defendant Antonio Castellanos, due to the fact that Defendant would like to submit a few support letters and get his affairs in order before being sentenced. Counsel for Defendant has communicated with A.U.S.A, Karen Escobar, who has no objections to this continuance.

///

///

///

For the above stated reasons, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

IT IS SO STIPULATED.

DATED: October 14, 2021                    /s/ Karen Escobar
                                           KAREN ESCOBAR
                                           Assistant United States Attorney

DATED: October 14, 2021                    /s/Mark A. Broughton
                                           MARK A. BROUGHTON
                                           Attorney for ANTONIO CASTELLANOS

ORDER

IT IS SO ORDERED.

Dated:  **October 15, 2021**                _____
                                            UNITED STATES DISTRICT JUDGE